# IN THE SUPREME COURT OF THE STATE OF NEVADA

MICHAEL HANNAH,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,
Respondent,
    and
THE STATE OF NEVADA,
Real Party in Interest.

No. 78051

FILED

FEB 08 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
    DEPUTY CLERK

## *ORDER DENYING PETITION*

This is an original pro se petition for a writ of mandamus in a criminal matter. Having considered the petition, we are not persuaded that our extraordinary and discretionary intervention is warranted. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991). Aditionally, we decline to intervene because petitioner failed to submit an adequate appendix for our review. *See* NRS 34.160; NRAP 21(a)(4). Accordingly, without deciding upon the merit of any claims raised, we

ORDER the petition DENIED.

_____, C.J.
Gibbons

_____, J.        _____, J.
Pickering                          Hardesty

19-06140

cc: Michael Hannah
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A